UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 1:21-CR-458(RJL) |
| RICHARD CROSBY, JR. | July 25, 2022 |

**JOINT NOTICE OF DATES**

Pursuant to the Court's July 26 order, Doc. No. 39, counsel for both parties are available the following dates for a status conference: August 29, August 30, and September 6.

Respectfully Submitted,

/s/Daniel M. Erwin/s/
By Daniel M. Erwin (ct28947)
FEDERAL DEFENDER'S OFFICE
265 Church Street; Suite 702
New Haven, CT 06510
Tel: (860) 493-6260
Email: Daniel_Erwin@fd.org

CERTIFICATION OF SERVICE

This is to certify that on July 25, 2022, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin