UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                              CRIMINAL NO. 1:21-CR-458(RJL)

RICHARD CROSBY, JR.                December 14, 2022

**MOTION TO CONTINUE STATUS CONFERENCE**

Counsel for the defendant in the above-captioned matter moves for a short continuance of the December 15, 2022 status conference to a date and time convenient for the Court <u>after December 19</u>. Counsel for the government has no objection to the granting of this motion.

The basis for this is motion is that counsel is on medical leave with his wife and child for the week of December 12 and will not be in the office until December 19. He and Mr. Crosby are prepared for the status-conference but counsel was not able to plan around the medical circumstances for which he is on leave.

Additionally, Mr. Crosby consents to a waiver of his rights under the Speedy Trial Act for 30 days to ensure the Court can find a time to reschedule the status conference.

WHEREFORE, counsel respectfully requests that the Court briefly continue the status conference.

                                        Respectfully Submitted,

                                        THE DEFENDANT,
                                        RICHARD CROSBY

                                        FEDERAL DEFENDER OFFICE

Date: December 14, 2022          /s/ Daniel Erwin
                                        Daniel Erwin
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510

Phone: (203) 498-4200  
Bar No.: ct28947  
Email: daniel_erwin@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 14, 2022, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel Erwin  
Daniel Erwin