UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   CRIMINAL NO. 1:21-CR-458 (RJL)

RICHARD CROSBY, JR.   December 5, 2023

**DEFENDANT'S MOTION TO ADJOURN TRIAL TEMPORARILY
DUE TO ILLNESS**

Richard Crosby, Jr. ("Mr. Crosby") respectfully requests this Court adjourn trial for one day until tomorrow, December 6, 2023, at 1:00 p.m. Mr. Erwin, lead counsel for Mr. Crosby, has fallen ill due to an apparent 24-hour stomach bug. The nausea is severe and after several hours of fluids and over-the-counter medication, it is still not under control. Counsel has conferred with the government who understands the situation and has no objection. Additionally, counsel has no objection to a telephonic status conferences to discuss next steps.

The government does not oppose Mr. Crosby's request.

Dated: December 5, 2023

/s/ Daniel M. Erwin
Daniel M. Erwin
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct28947
Email: Daniel_Erwin@fd.org

Assisting on the Brief:

Robert H. Hendricks
Research & Writing Attorney

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 5, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Daniel M. Erwin*
                                        Daniel M. Erwin