**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-458 (RJL)** |
| | : | |
| **RICHARD T. CROSBY, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT AND MOTION TO SET A STATUS CONFERENCE AND**
**EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Daniel Erwin, counsel for Richard T. Crosby, Jr. ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to schedule a status conference in approximately 45 days and to exclude Speedy Trial time until the scheduled Status Conference. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in an indictment with: Obstruction of an Official Proceeding and Aiding and Abetting, in violation of Title 18, United States Code, § 1512(c)(2) and 2; Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Entering and Remaining on the Floor of Congress, in violation of Title 40, United States Code, § 5104(e)(2)(A); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 11).

2.  On February 6, 2024, the Court granted the defendant's Motion to Continue Trial Pending United States Supreme Court's Decision in *Fischer v. United States*.  Dkt. No. 81 and February 6, 2024 <u>Minute Order</u>. The Court continued the trial and ordered the proceedings stayed until after the Supreme Court decided *Fischer*. *Id.* The Court further ordered the parties to file a joint status report with proposed new trial dates and/or a request for a status conference within 15 days of release of the decision in *Fischer. Id.*

3.  On June 28, 2024, the United States Supreme Court issued a decision in *Fischer v. United States*, 603 U.S. ___ (2024). In *Fischer*, the Supreme Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." Op. 8. However, the Court did not reject the application of § 1512(c)(2) to January 6 prosecutions. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. *Id.* at 9, 16. The Supreme Court remanded the case to the court of appeals for further proceedings. *Id.* Given the remand to the court of appeals and the ongoing litigation in *Fischer*, the government is still evaluating *Fischer's* impact on this and other January 6 cases.

4.  Further, depending on how the government elects to proceed with the case, counsel for defendant may file a Motion to Reconsider the Court's ruling on the defendant's Motion to Dismiss Count One. *See* Dkt. Nos. 49 and 56.

5.  Therefore, the parties respectfully request the Court set a date for a Status Conference in approximately 45 days. In the intervening time period, the government will have further

understanding on how best to proceed with the case and defense will know whether it plans to file a Motion to Reconsider.

6. The parties request an exclusion of time under the Speedy Trial Act from February 6, 2024 until the date of the scheduled Status Conference.

7. The defendant is out of custody.

8. The defendant concurs with this request.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:      \_\_\_\_\_/s/_____          \_\_\_\_\_/s/_____
Douglas G. Collyer                    Daniel Erwin
Assistant United States Attorney      Counsel for Richard Crosby
Capitol Riot Detailee                 Federal Defender Office
NDNY Bar No.: 519096                  265 Church St.
14 Durkee Street, Suite 340           Suite 702
Plattsburgh, NY 12901                 New Haven, CT, 06510
(518) 314-7800                        (860) 256-0308
Douglas.Collyer@usdoj.gov            Daniel_erwin@fd.org