UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                                        CRIMINAL NO. 1:21-CR-458(RJL)

RICHARD CROSBY, JR.                     August 26, 2024

## JOINT MOTION FOR REMOTE CONFERENCE

Counsel for the defendant in the above-captioned matter respectfully moves to hold the status conference scheduled for August 29 at 4:00 pm remotely by video-conferencing (VTC or Zoom) or telephone rather than in-person. He so moves pursuant to Fed. R. Crim. Pro. 43(a)(3). The defendant, Richard Crosby, Jr., will waive his right to physical presence for this hearing as required by Rule 43. Counsel for the government joins this motion. Counsel addresses the bases for this motion herein.

There are two related reasons to conduct the status conference remotely. First, an in-person arraignment would require both counsel and Mr. Crosby to travel to the District of Columbia. With respect to undersigned counsel, he is a member of the Federal Defender's Office in the District of Connecticut where he handles a substantial caseload, has multiple commitments within his District, and needs to visit clients in pre-trial detention that are held in Central Falls, RI. He has multiple clients for whom he is trying to maintain tight sentencing schedules or other pretrial matters, including time sensitive plea agreements or detention issues. Additionally, he is the duty lawyer for new arrests on August 29 and, while he will arrange coverage if necessary, another lawyer in his office is on long-term leave with a serious illness and arranging coverage in these circumstances is more disruptive than customary. Similarly, government's counsel is an Assistant United States Attorney in Plattsburgh, New York and has similar commitments in his district. Finally, counsel hopes to have Mr. Crosby

avoid the expense and missed worked associated with traveling to the District of Columbia from Connecticut.

Counsels' understanding of the status conference is that its purpose to select trial dates. The parties are still waiting for the government's review of 18 U.S.C. § 1512(c) cases to conclude as to Mr. Crosby's case, following the Supreme Court's decision in *Fischer v. United States*, _ U.S. _ (2024). They are told they will have a response as to the government's intentions on or before August 28. Accordingly, counsel notes this such that the Court is aware that there remains the possibility of a resolution on before the August 29 status conference date. In the event those circumstances changed, the parties would file an appropriate motion.

WHEREFORE, the parties respectfully request the August 29, 2024 status conference be convened by Zoom, similar VTC technology, or telephonically.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: August 26, 2024 | /s/Daniel M. Erwin/s/ <br> By Daniel M. Erwin (ct28947) <br> FEDERAL DEFENDER'S OFFICE <br> 265 Church Street; Suite 702 <br> New Haven, CT 06510 <br> Tel: (860) 493-6260 <br> Email: Daniel_Erwin@fd.org |

CERTIFICATION OF SERVICE

This is to certify that on August 26, 2024, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin