UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

RICHARD CROSBY

CRIMINAL NO. 1:21-CR-458(RJL)

October 24, 2024

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, RICHARD CROSBY, with the concurrence of his attorney, provides the following statement of facts which would allow the Court to accept a guilty plea in this case:

1. On January 5, 2021, I traveled from New Haven, Connecticut to Washington, D.C., by train. I went to Washington, D.C., to support the then President, Donald J. Trump and protest the results of the election that Congress was about to certify.

2. On January 6, I observed part of President Trump's speech near the Ellipse adjacent the White House. Following the speech, I walked with the crowd of protestors down Pennsylvania Avenue toward the United States Capitol.

3. Once at the Capitol, I walked up the left side of the main staircase to the west side of the building. Based upon my recollection and the time stamps of videos I have seen, I approximate this occurred around 2:45 to 2:49 p.m.

4. I entered the Capitol through an open door, which I now know to be the Parlimentarian's door, to the left of the main entrance on the west side. I had heard by way of the crowd that all politicians had left the building but do not claim it gave me permission to enter.

5. Inside the building, there were many other people. I followed the flow of the crowd which led me to an area outside the Senate Chambers.

6. Shortly before 3:00 pm, I entered the Senate chambers threw a corridor, entering the floor from the right side of the chambers when viewed from the gallery.

7. Once on the Senate floor, I took pictures then climbed on to the dais with a group of individuals including, most prominently, an individual I now know to be Jacob Chansley, also-known-as the "Q-Shaman." Mr. Chansley led us in a prayer in which I participated.

8. I have a reviewed a video of these events taken by a New Yorker reporter and referenced in the government's *Statement of Facts* in support of the *Complaint*. I have no reason to dispute the authenticity or accuracy of this video insofar as it captures the events described herein.

9. Following approximately 6 minutes in the Senate chamber, police directed us off of the dais and out of the Senate.

10. I then exited the Capitol threw the doors on the east side and returned to my hotel.

11. I knew that Vice President Mike Pence was at the Capitol that day.

12. I did not have permission or authorization to enter the Capitol or the Senate floor; nor did I have permission or authorization to parade, picket, or demonstrate therein.

13. I have no reason to dispute that my conduct, in conjunction with the conduct of others, disrupted the orderly conduct of certifying of the election results; nor that certification qualifies as "government business" within the meaning of the law.

14. I concede that my conduct was willful and knowing insofar as it was disruptive of Congress.

_____      10/24/2024
Richard Crosby, Jr.                 Date

WITNESS:
_____
Sandy Sawyvah   My Commission
Notary Public   expires: 02/28/28

2

_____
David Ernson
Defense Counsel