# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-CR-458 (RJL) |
| RICHARD T. CROSBY, JR. | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 98, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of January, 2025.

_____
Hon. Richard J. León
Senior United States District Court Judge